IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 9:23-cr-00002-MAC-ZHJ-2 |
| ULISES SAUL LOZANO | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE MARCIA A. CRONE, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS, LUFKIN DIVISION:

COMES NOW, KENT A. SCHAFFER, and enters his appearance as lead counsel for Defendant, ULISES SAUL LOZANO, in the above-captioned matter.

Respectfully submitted,

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
Federal ID No. 3603
TBA No. 17724300
kentschaffer@gmail.com
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

Counsel for Defendant,
ULISES SAUL LOZANO

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

                                                */s/ Kent A. Schaffer*
                                                KENT A. SCHAFFER