IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 9:23-cr-00002-MAC-ZHJ-2 |
| § | |
| ULISES SAUL LOZANO § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE MARCIA A. CRONE, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS, LUFKIN DIVISION:

COMES NOW, JAMES MAX KENNEDY, and enters his appearance as co-counsel for Defendant, ULISES SAUL LOZANO, in the above-captioned matter.

Respectfully submitted,

*/s/ James M. Kennedy*
JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
JamesKennedy@skjm.law
1001 McKinney Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034

Counsel for Defendant,
ULISES SAUL LOZANO

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

*/s/ James Max Kennedy*
JAMES MAX KENNEDY